IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE GWIN |
| v. | ) | CASE NO. 5:18 CR 180 |
| | ) | Title 18, Sections 922(g)(1) and |
| TERRICK THOMPSON, | ) | 924(a)(2) and (c)(1)(A), Title 21, |
| EDWIN DORTCH, | ) | Sections 856(a)(1) and 841(a)(1), |
| RICA JONES, | ) | (b)(1)(B), (b)(1)(C) and 846, |
| | ) | United States Code |
| Defendants. | ) | |

<u>COUNT 1</u>
(Conspiracy to Possess With Intent to Distribute a Controlled Substance, in violation of
Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (b)(1)(C) and 846)

The Grand Jury charges:

On or about February 16, 2018, in the Northern District of Ohio, Eastern Division, TERRICK THOMPSON and EDWIN DORTCH, JR., did, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, at least 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, approximately 4.5 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and approximately 2.5 grams of a mixture and substance containing a detectable amount of carfentanil, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (b)(1)(C) and 846.

COUNT 2
(Possession With Intent to Distribute a Controlled Substance, in violation of
Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (b)(1)(C))

The Grand Jury further charges:

On or about February 16, 2018, in the Northern District of Ohio, Eastern Division, TERRICK THOMPSON and EDWIN DORTCH, JR., did knowingly and intentionally possess with intent to distribute and to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, at least 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, approximately 4.5 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and approximately 2.5 grams of a mixture and substance containing a detectable amount of carfentanil, a Schedule II controlled substance, all in violation of Title 21, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of
Title 18, United States Code, Section 924(c)(1)(A))

The Grand Jury further charges:

On or about February 16, 2018, in the Northern District of Ohio, Eastern Division, TERRICK THOMPSON, did knowingly possess firearms, that is, a Glock pistol, Model 22 Gen4, caliber 40, bearing serial number BARN306, a Glock pistol, Model 23, caliber 40, bearing serial number EKM348US, and a Taurus pistol, Model PT111 Millennium G2, caliber 9, bearing serial number TIP16944, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy and possession with the intent to

distribute controlled substances, as charged in Counts 1-2, in violation of Title 18, United States Code, Section 924(c)(1)(A).

<u>COUNT 4</u><br>
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of<br>
Title 18, United States Code, Section 924(c)(1)(A))

The Grand Jury further charges:

On or about February 16, 2018, in the Northern District of Ohio, Eastern Division, EDWIN DORTCH, JR., did knowingly possess firearms, that is, a Glock pistol, Model 22 Gen4, caliber 40, bearing serial number BARN306, a Glock pistol, Model 23, caliber 40, bearing serial number EKM348US, and a Taurus pistol, Model PT111 Millennium G2, caliber 9, bearing serial number TIP16944, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy and possession with the intent to distribute controlled substances, as charged in Counts 1-2, in violation of Title 18, United States Code, Section 924(c)(1)(A).

<u>COUNT 5</u><br>
(Felon in Possession of a Firearm, in violation of<br>
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

On or about February 16, 2018, in the Northern District of Ohio, Eastern Division, TERRICK THOMPSON, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, that being: Attempted Robbery, in case number 2008-05-1568, in the Court of Common Pleas of Summit County, on or about December 12, 2008, and Felonious Assault, in case number 2009-08-2366(A), in the Court of Common Pleas of Summit County, on or about February 4, 2010, did knowingly possess in and affecting interstate and foreign commerce, firearms, specifically, a Glock pistol, Model 22 Gen4, caliber

40, bearing serial number BARN306, a Glock pistol, Model 23, caliber 40, bearing serial number EKM348US, and a Taurus pistol, Model PT111 Millennium G2, caliber 9, bearing serial number TIP16944, and ammunition, said firearms and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 6
(Felon in Possession of a Firearm, in violation of
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

On or about February 16, 2018, in the Northern District of Ohio, Eastern Division, EDWIN DORTCH, JR., having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, that being: Possession of Heroin, in case number 2014-06-1742, in the Court of Common Pleas of Summit County, on or about August 26, 2014, and Possession of Heroin, in case number 2013-11-3050, in the Court of Common Pleas of Summit County, on or about August 26, 2014, did knowingly possess in and affect interstate and foreign commerce, a firearm, specifically a Glock pistol, Model 22 Gen4, caliber 40, bearing serial number BARN306, and a Taurus pistol, Model PT111 Millennium G2, caliber 9, bearing serial number TIP16944, and ammunition, said firearms and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 7
(Using and Maintaining a Place for the Purpose of Distributing and Using Controlled Substances, in violation of Title 21, United States Code, Section 856(a)(1))

The Grand Jury further charges:

On or about February 16, 2018, in the Northern District of Ohio, Eastern Division, RICA JONES, did unlawfully and knowingly use and maintain a place for the purpose of distributing and using methamphetamine, fentanyl, heroin and carfentanil, all controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 7, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants, TERRICK THOMPSON, EDWIN DORTCH, JR. and RICA JONES, shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

    a.    $9,137.00 in U.S. Currency;

    b.    Glock pistol, Model 22 Gen4, caliber 40, bearing serial number BARN306;

  c.  Glock pistol, Model 23, caliber 40, bearing serial number EKM348US;

  d.  Taurus pistol, Model PT111 Millennium G2, caliber 9, bearing serial number TIP16944; and,

  e.  Miscellaneous Ammunition.

                A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.